IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMUBS DIVISION

| | |
|---|---|
| JAMES DOWELL, JR., * | |
| Plaintiff * | |
| vs. * | CASE NO. 4:07-CV-42(CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security, | |
| * | |
| Defendant | |
| * | |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 22, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE